# Jean

| | |
|---|---|
| **From:** | Brett Behenna |
| **Sent:** | Wednesday, April 03, 2019 11:50 AM |
| **To:** | Gray, Kristina |
| **Subject:** | FW: Subpoena Duces Tecum for service upon Don Newberry, Tulsa County Court Clerk |
| **Attachments:** | SDT to Don Newberry - Tulsa County Court Clerk (Kenneth R Ken Price Juve files) (4-3-19) CARPENTER and SCOTT.pdf |

Kristina,

I have issued this subpoena and I intend to serve it in the coming days.

Brett

---

**From:** Jean <jean@coylelaw.com>
**Sent:** Wednesday, April 3, 2019 11:33 AM
**To:** joe@norwoodlegal.com; eric@culleninvestigations.com
**Cc:** Brett Behenna <bb@coylelaw.com>; Jean <jean@coylelaw.com>
**Subject:** Subpoena Duces Tecum for service upon Don Newberry, Tulsa County Court Clerk

Attached is our Subpoena Duces Tecum for service upon Don Newberry, Tulsa County Court Clerk, which has been issued in the Carpenter/Scott case.

Kindest regards,
Jean | Legal Assistant
**COYLE LAW FIRM**
125 Park Avenue, First Floor
Oklahoma City, OK  73102
DIRECT: 405-415-4551
T: 405-232-1988 | F: 405-272-9859
Email: jean@coylelaw.com
Web: www.coylelaw.com

NOTICE: CONFIDENTIAL AND PRIVILEGED COMMUNICATION: The information in this electronic mail, including any attachments, is sent by or on behalf of an attorney and is intended to be confidential and for the use of the intended recipient only. The information contained in this transmission and any attached documents or previous emails may be protected by the attorney-client privilege, work product doctrine, or otherwise legally privileged. If the reader of this message is not the intended recipient, you are notified that retention, use, dissemination, distribution, or copying of this message or any attachments hereto is strictly prohibited. Interception of electronic mail is a crime pursuant to the Electronic Communications Privacy Act, 18 U.S.C. Sections 2510-2521 and 2107-2709. If you received this electronic mail in error, please notify us immediately by reply and permanently delete and destroy the original transmission and its attachments without reading them or saving them to disk. REPORT MIS-DELIVERY TO 405.415.4551.

PLAINTIFFS
EXHIBIT # 2
CV-17-400-TCK-FHM
Bindertek #CLEX