**Jean**

| | |
|---|---|
| From: | Dreyer, Marc <Marc.Dreyer@oscn.net> |
| Sent: | Tuesday, April 23, 2019 2:01 PM |
| To: | Brett Behenna |
| Subject: | 17-cv--400-TCK-FHM |

Mr. Behenna:

We have received your subpoena request for information related to the above referenced case.

We do not release juvenile case files unless we have an order signed by a judge or in the case of federal court the Case Manager assigned by the court.

*Marc Dreyer*
*3rd Deputy*
*Tulsa County Court Clerk's Office*
*918-289-3182*

PLAINTIFFS EXHIBIT #4
CV-17-400-TCK-FHM
Bindertek #CLEX