IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF OKLAHOMA

MALCOLM NIGEL SCOTT and )
DEMARCHOE CARPENTER, )
)
    Plaintiffs. )
)
v. ) Case No. 17-CV-400-TCK-FHM
)
CITY OF TULSA, Oklahoma, )
et al., )
)
    Defendants. )

## OPINION AND ORDER

Plaintiffs' *Motion to Compel Compliance by the Tulsa County Clerk's Officer Under Fed. R. Civ. P. 45*, [Dkt. 120], is before the court for decision. No response or objection has been filed to the motion and the time to respond or object has expired.

Plaintiffs' *Motion to Compel Compliance by the Tulsa County Clerk's Officer Under Fed. R. Civ. P. 45*, [Dkt. 120], is GRANTED. The Tulsa County Court Clerk is hereby ordered to comply with the subpoena.

SO ORDERED this 1st day of July, 2019.

_____
FRANK H. McCARTHY
UNITED STATES MAGISTRATE JUDGE