**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OKLAHOMA**

| | |
|---|---|
| 1. MALCOLM NIGEL SCOTT, and<br>2. DEMARCHOE CARPENTER,<br><br>Plaintiffs,<br><br>v.<br><br>1. CITY OF TULSA, OKLAHOMA,<br>2. MIKE HUFF,<br>3. GARY MEEK,<br>4. RONALD PALMER,<br>5. RANDALL W. SOLOMON, and<br>6. JIM CLARK,<br><br>Defendants. | <br><br><br><br><br>Case No.: 17-CV-400-TCK-FHM<br><br><br><br><br><br><br><br>*The Honorable Terence C. Kern* |

**PLAINTIFFS' SECOND UNOPPOSED
MOTION TO CONTINUE SETTLEMENT CONFERENCE**

Plaintiffs, Malcolm Nigel Scott ("Mr. Scott") and Demarchoe Carpenter ("Mr. Carpenter") (collectively, "Plaintiffs"), by and through counsel, submit this Second Unopposed Motion to Continue Settlement Conference. Pursuant to LCvR7.2(g), the parties state as follows:

1.     The original Scheduling Order was entered on October 24, 2017. (See Doc 32). Based on those deadlines, a Settlement Conference was set for July 24, 2018. (See Doc. 33).

1

2.    The original Scheduling Order was amended on April 25, 2018, July 27, 2018, January 23, 2019, and July 11, 2019.  (See Docs. 42, 70, 85, and 124).   The most recent Scheduling Order requires that discovery be completed by January 17, 2020.  (See Doc. 124)

3.    The Settlement Conference in this case is currently set for October 1, 2019.  (See Doc. 98)

4.    The Parties are working cooperatively with one another in the discovery process.

5.    Plaintiffs believe that conducting a Settlement Conference prior to the completion of discovery, and prior to the service of all parties, would be premature and less fruitful than if the Settlement Conference was held after the discovery deadline of January 17, 2020.

7.    Defendants do not object to or oppose this request.

8.    This request is not made for the purpose of delay, but rather to allow the Parties adequate time to complete the necessary discovery in this case before discussing settlement.

9.    This is Plaintiffs' second unopposed request for a continuation of the Settlement Conference date. A Joint Motion to Continue Settlement Conference was also filed and granted. (See Doc. 63).

## CONCLUSION

Based on the facts stated above, Plaintiffs request that this Court continue the Settlement Conference currently set for October 1, 2019, and the corresponding deadlines for the Parties' Settlement Conference Statements, to a date beyond the discovery deadline of January 17, 2020.

Respectfully submitted,


/s/ Michael L. Brooks
John W. Coyle, III
W. Brett Behenna
COYLE LAW FIRM
125 Park Avenue, First Floor
Oklahoma City, OK 73102
Telephone: (405) 232-1988
Facsimile: (405) 272-9859
jc@coylelaw.com
bb@coylelaw.com

Michael L. Brooks
BROOKS LAW FIRM
7100 N. Classen Blvd., Ste. 300
Oklahoma City, OK 73116
Telephone: (405) 840-1066
Facsimile: (405) 843-8446
michael.brooks@brookslawok.com

Emily S. Eleftherakis
EMILY S. ELEFTHERAKIS, PLLC
7100 N. Classen Blvd., Ste. 303
Oklahoma City, OK 73116
Telephone: (405) 254-5097
Facsimile: (405) 212-4459
emily@eleflaw.com

-and-

Joseph M. Norwood
NORWOOD LAW OFFICE
1717 Cheyenne Ave.
Tulsa, OK 74119
Telephone: (918) 582-6464
Facsimile: (918) 582-7830

*Attorneys for Plaintiffs*

## CERTIFICATE OF SERVICE

I hereby certify that on September 17, 2019, I filed the attached document with the Clerk of Court for the Northern District of Oklahoma. A copy of this Motion was provided via electronic filing to Defendants' counsel on the same day it was filed.


  /s/ Michael L. Brooks
Michael L. Brooks