IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| (1) MALCOLM NIGEL SCOTT, and <br> (2) DEMARCHOE CARPENTER, <br><br> Plaintiffs, <br><br> v. <br><br> (1) CITY OF TULSA, OKLAHOMA, <br> Et al., <br><br> Defendants. | ) <br> ) <br> ) <br> ) <br> ) <br> ) Case No.: 17-CV-400-TCK-FHM <br> ) ATTORNEY LIEN CLAIMED <br> ) <br> ) <br> ) <br> ) |

## ENTRY OF APPEARANCE

COMES NOW Attorney Joseph Norwood and enters his general appearance as counsel of record for Plaintiff Malcolm Scott.

Respectfully Submitted,

/s/ Joseph Norwood
Joseph Norwood, OBA # 19993
Council Oak Center
1717 S. Cheyenne Ave.
Tulsa OK 74119
Fax. (918) 582-7830
Ph.  (918) 582-6464
joe@norwoodlegal.com

## CERTIFICATE OF SERVICE

I hereby certify that on the 26th day of August 2021, I electronically transmitted the foregoing document to the Clerk of Court using the ECF System for filing and transmittal of a Notice of Electronic Filing to all ECF registrants who have appeared in this case.

/s/ Joseph Norwood
Joseph Norwood